Steve Johnson vs. Oak Leaf Outdoors, Inc. D/B/A Lone Wolf Stands

No. 4:07 CV 01497 TCM

**United States District Court**

Eastern District of Missouri

May 28, 2008

**MEMORANDUM FOR CLERK**

Cause comes before court on Plaintiff's motion to compel Oak Leaf to produce its documents responsive to Plaintiff's request to produce, its documents identified in its Rule 26(a) disclosures, documents responsive to Judge Shaw's Patent Rule 3-4, its privilege log and its interrogatory verifications. The court being fully apprised after a hearing hereby orders:

Plaintiff's motion to compel is granted. Defendant Oak Leaf to produce responsive materials on or before June 6, 2008.

Plaintiff's motion for costs and attorneys' fees is denied without prejudice.

Soadwth
[signature]
5/28/08

Attorney for Plaintiff / Defendant

[signature] for Plaintiff

[signature] 314-622-6609
Attorney for Defendant